UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Avinash P. Sharangpani
Case No. 18-10472-BAH
Chapter 13
Debtor

FILED
2023 SEP 28 PM 12:18
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. The above stated case has been closed without discharge by the Court on August 8, 2023.

2. The debtor, Avinash P. Sharangpani continues to make Plan payments to the Trustee, despite attempts by the undersigned to advise him that they are not necessary.

3. That pursuant to § 347(a) and Rule 8247, attached is my check number 8247 in the amount of $1,170.00, payable to the Clerk of Court, and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true to the best of my knowledge.

Dated: September 25, 2023

Respectfully submitted

Lawrence P. Sumski,
Chapter 13 Trustee
32 Daniel Webster Highway
Suite 15
Merrimack, NH  03054
(603) 626-8899
ID# BNH01460

On this the 25th day of September, 2023 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

Notary Public

[Notary Seal: Karen A. Clemens, STATE OF NEW HAMPSHIRE, NOTARY PUBLIC, MY COMMISSION EXPIRES February 19, 2025]

*CERTIFICATE OF SERVICE*

    I hereby certify that on this, the 25th day of September, 2023, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, by first class mail to Avinash P. Sharangpani at 3550 Esplanade Way, Apt #5206, Tallahassee, FL  32311, Debtor's Attorney, and the Office of the U.S. Trustee.

Dated:  September 25, 2023    <u>/s/ Lawrence P. Sumski</u>
                                       Lawrence P. Sumski